Thomas N. Petersen, CSB #103037
Black, Chapman, Webber, Stevens, Petersen & Lundblade
Attorneys at Law
221 Stewart Avenue, Suite 209
Medford, Oregon   97501
(541) 772-9850
Facsimile (541) 779-7430
litigation@blackchapman.com
206 Lane St.
Yreka, CA 96097
(530) 841-0570

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JOHN DOE, by and through his Guardian Ad Litem, NICOLASA GONZALES,

    Plaintiff,

vs.

BUTTE VALLEY UNIFIED SCHOOL DISTRICT, EDWARD TRAVERSO, GRAYCE KELLY,

    Defendant.

Case No.  2:09-CV-245

**ORDER GRANTING EX PARTE MOTION TO AMEND COMPLAINT AND ADD NEW PARTY PLAINTIFF [FRCP 15, 17**

This matter having come honorable Judge William B. Schubb, and the court having read and considered plaintiff's motion to amend the complaint, and good cause appearing, hereby ORDERS that the motion is granted.  Plaintiff's counsel shall serve the amended complaint by process server and defendants shall have 20 days from the date the complaint is served to file an Answer or otherwise respond to the complaint.

DATED: January 29, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 - [~~PROPOSED~~] ORDER GRANTING MOTION TO AMEND COMPLAINT AND ADD NEW PARTY PLAINTIFF [FRCP 15, 17]

BLACK, CHAPMAN, WEBBER , STEVENS,  PETERSEN & LUNDBLADE
ATTORNEYS AT LAW
221 STEWART AVE., #209
MEDFORD, OREGON 97501
Phone:  (541) 772-9850  Fax: (541) 779-7430
litigation@blackchapman.com