Thomas N. Petersen, CSB #103037
Black, Chapman, Webber, Stevens, Petersen & Lundblade
Attorneys at Law
221 Stewart Avenue, Suite 209
Medford, Oregon   97501
(541) 772-9850
Facsimile (541) 779-7430
litigation@blackchapman.com
206 Lane St.
Yreka, CA 96097
(530) 841-0570

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, by and through his Guardian Ad Litem, NICOLASA GONZALES,<br><br>       Plaintiff,<br><br>vs.<br><br>BUTTE VALLEY UNIFIED SCHOOL DISTRICT, EDWARD TRAVERSO, GRAYCE KELLY,<br><br>       Defendant. | Case No.  2:09-cv-00245-WBS-DAD<br><br>**STIPULATION TO FILE THIRD AMENDED COMPLAINT; ORDER [FRCP 15]** |

TO THE COURT AND TO ALL INTERESTED PERSONS:

      The plaintiff is represented by Thomas N. Petersen. Defendants are represented by John P. Kelley. After consultation between the attorneys, the parties, by and through their attorneys, hereby stipulate that plaintiff may file a third amended complaint, a true and correct copy of which is attached as Exhibit 1 to this stipulation. The third amended complaint deletes the forth claim for relief (Negligent Infliction of Emotional Distress), it removes H. Wayne Campbell as a defendant, it realleges and clarifies the capacity of defendant, Edward Traverso, and it alleges two new phrases

concerning (1) defendants' actions having been done under color of state law and (2) the special relationship plaintiff alleges he had with defendants.

For the foregoing reasons, the plaintiff and defendants ask this court to authorize filing of the third amended complaint. No answer has yet been filed though John Kelley has agreed to accept service for all defendants. Plaintiff and defendants ask that an answer or other responsive pleading be filed 20 days following electronic filing of the third amended complaint and acceptance of service by Mr. Kelley.

Date: February 16, 2009         /s/_____
                                John P. Kelley, CSB #168904
                                Attorney for Defendants

Date: February 12, 2009         /s/_____
                                Thomas N. Petersen, CSB #103037
                                Attorney for Plaintiff

ORDER

The parties, by and through their attorneys, have stipulated that the third amended complaint be filed and that defendants have 20 days from the date of acceptance of service to file an answer or other responsive pleading to the third amended complaint. Good cause has been shown and the court therefore authorizes the third amended complaint to be filed. Defendants shall answer or otherwise respond to the third amended complaint within 20 days of acceptance of service of the third amended complaint.

Dated this 20th day of February, 2009.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE