Thomas N. Petersen, CSB #103037
Black, Chapman, Webber, Stevens, Petersen & Lundblade
Attorneys at Law
221 Stewart Avenue, Suite 209
Medford, Oregon 97501
(541) 772-9850
Facsimile (541) 779-7430
litigation@blackchapman.com
206 Lane St.
Yreka, CA 96097
(530) 841-0570

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G., a minor, by and through his Guardian Ad Litem, NICOLASA GONZALES,<br><br>Plaintiff,<br><br>vs.<br><br>BUTTE VALLEY UNIFIED SCHOOL DISTRICT, GRAYCE KELLY<br><br>Defendant. | Case No. 2:09-cv-00245-WBS-DAD<br><br>**EX PARTE APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

TO THE COURT:

    Nicolasa Gonzales, by and through her attorneys, Black, Chapman, Webber, Stevens, Petersen & Lundblade, hereby apply to this court to be appointed as Guardian ad Litem for plaintiff, Malakai Gonzales.

    Nicolasa Gonzales' address is PO Box 71, Macdoel, CA 96058. Her telephone number is (530) 398-4381. The Guardian ad Litem is to represent the interests of Malakai Gonzales. His current address is PO Box 71, Macdoel, CA 96058. His phone number is (530) 398-4381.

    The person to be represented is a minor and is not able to represent himself.

    The court should appoint a Guardian ad Litem because Malakai Gonzales suffered

- 1 - EX PARTE APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

BLACK, CHAPMAN, WEBBER , STEVENS, PETERSEN & LUNDBLADE
ATTORNEYS AT LAW
221 STEWART AVE., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850 Fax: (541) 779-7430
litigation@blackchapman.com

emotional, sexual and physical abuse by the named defendants. Master Gonzales has a number of claims as set forth in the Complaint. A true and correct copy of the Complaint is attached to this application.

The appointment of a Guardian ad Litem is necessary because plaintiff, Malakai Gonzales, is only 6 years old and does not have the ability to bring suit on his own behalf.

The proposed Guardian ad Litem is plaintiff, Malakai Gonzales' grandmother. She has custody of him, and he lives with her fulltime.

Malakai Gonzales' natural parents are not capable of nor do they qualify to be appointed as Guardian ad Litem.

The proposed Guardian ad Litem, Nicolasa Gonzales, is fully competent and qualified to understand and protect the rights of the person she will represent and has no interests adverse to the interests of that person.

DATED this 23rd day of January, 2009.

BLACK, CHAPMAN, WEBBER, STEVENS, PETERSEN & LUNDBLADE

/s Thomas N. Petersen    January 23, 2009
Thomas N. Petersen, CSB #103037
Attorney for Plaintiff

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

DATED this 23rd day of January, 2009.

BLACK, CHAPMAN, WEBBER, STEVENS, PETERSEN & LUNDBLADE

/s Thomas N. Petersen    January 23, 2009
Thomas N. Petersen, CSB #103037
Attorney for Plaintiff

BLACK, CHAPMAN, WEBBER , STEVENS, PETERSEN & LUNDBLADE
ATTORNEYS AT LAW
221 STEWART AVE., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850 Fax: (541) 779-7430
litigation@blackchapman.com

| | |
|---|---|
| 1 | **CONSENT TO ACT AS GUARDIAN AD LITEM** |
| 2 | I consent to the appointment as Guardian ad Litem under the above petition. |
| 3 | DATED this ___ day of January, 2009. |

/s Nicolasa Gonzales     January 24, 2009
Nicolasa Gonzales
Proposed Guardian ad Litem

**EX PARTE ORDER**

The court finds that it is reasonable and necessary to appoint a Guardian ad Litem for Malakai Gonzales as requested.

The court ORDERS that Nicolasa Gonzales is hereby appointed as the Guardian ad Litem for Malakai Gonzales for the reasons set forth in the application.

DATED this 16th day of March, 2009.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Submitted by:

Thomas N. Petersen, CSB #103037
Black, Chapman, et al.
Attorneys at Law
221 Stewart Avenue, Suite 209
Medford, OR 97501
(541) 772-9850

    Of Attorneys for Plaintiff

- 3 - EX PARTE APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

BLACK, CHAPMAN, WEBBER , STEVENS,  PETERSEN & LUNDBLADE
ATTORNEYS AT LAW
221 STEWART AVE., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
litigation@blackchapman.com