Thomas N. Petersen, CSB #103037
Black, Chapman, Webber, Stevens, Petersen & Lundblade
Attorneys at Law
221 Stewart Avenue, Suite 209
Medford, Oregon 97501
(541) 772-9850
Facsimile (541) 779-7430
litigation@blackchapman.com
206 Lane St.
Yreka, CA 96097
(530) 841-0570

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, by and through his Guardian Ad Litem, NICOLASA GONZALES,<br><br>Plaintiff,<br><br>vs.<br><br>BUTTE VALLEY UNIFIED SCHOOL DISTRICT, EDWARD TRAVERSO, GRAYCE KELLY,<br><br>Defendant. | Case No. 2:09-CV-245<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AND PROPOSED ORDER**<br><br>DATE: 4/27/09<br>TIME: 2:00 p.m.<br>COURTROOM: 5 14th Floor<br>JUDGE: William B. Shubb |

COMES now plaintiff and requests that attorney Thomas N. Petersen be allowed to appear by telephone at the hearing on defendants' motion to strike and motion to dismiss scheduled for April 27, 2009 at 2:00 p.m..

Plaintiff's attorney's offices are located in Yreka, California and Medford, Oregon. A personal appearance would require plaintiff's counsel to spend more than one day traveling to and from Sacramento for the hearing.

///

///

///

- 1 - REQUEST FOR APPEARANCE BY TELEPHONE AND PROPOSED ORDER

**BLACK, CHAPMAN, WEBBER , STEVENS, PETERSEN & LUNDBLADE**
**ATTORNEYS AT LAW**
**221 STEWART AVE., #209**
**MEDFORD, OREGON 97501**
Phone: (541) 772-9850  Fax: (541) 779-7430
litigation@blackchapman.com

1  In an effort to control costs and time, it is respectfully requested that plaintiff's counsel be allowed to participate in the hearing via telephone. The phone number where plaintiff's counsel can be reached is (541) 772-9850.

DATED this 26th day of March, 2009.

BLACK, CHAPMAN, WEBBER, STEVENS, PETERSEN & LUNDBLADE

/s Thomas N. Petersen     March 26, 2009
Thomas N. Petersen, CSB #103037
Attorney for Plaintiff

Trial Attorney: Thomas N. Petersen
CSB #103037

ORDER

This matter having come before the honorable Judge William B. Schubb, and the court having read and considered plaintiff's request to appear by telephone at the April 27th, 2009 hearing on defendants' Motion to Strike and Motion to Dismiss, and good cause appearing, hereby ORDERS that the request is granted. The courtroom deputy shall initiate the telephone conference call.

DATED: March 27, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BLACK, CHAPMAN, WEBBER , STEVENS, PETERSEN & LUNDBLADE
ATTORNEYS AT LAW
221 STEWART AVE., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
litigation@blackchapman.com