1  Thomas N. Petersen, CSB #103037
   Black, Chapman, Webber, Stevens, Petersen & Lundblade
2  Attorneys at Law
   221 Stewart Avenue, Suite 209
3  Medford, Oregon   97501
   (541) 772-9850
4  Facsimile (541) 779-7430
   litigation@blackchapman.com
5  206 Lane St.
   Yreka, CA 96097
6  (530) 841-0570

7  Attorney for Plaintiff

8

                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA

10

11  JOHN DOE, by and through his          )
    Guardian Ad Litem, NICOLASA           )   Case No.  2:09-CV-00245-WBS-DAD
    GONZALES,                             )
12                                        )   **STIPULATION AND ORDER**
                 Plaintiff,               )   **TO WAIVE ORAL ARGUMENT**
13                                        )
           vs.                            )
14                                        )
    BUTTE VALLEY UNIFIED SCHOOL           )
15  DISTRICT, EDWARD TRAVERSO,            )   Date:         July 06, 2009
    GRAYCE KELLY,                         )   Time:         2:00 p.m.
16                                        )   Courtroom:    5 14th Floor
                 Defendants.              )   Judge:        William B. Shubb
17  _____)

18

19       Insofar as plaintiff's counsel will be out of the country on July 6, 2009, and the parties

20  want the Defendants' Motion and Motion to Dismiss, or in the Alternative for a More Definite

21  Statement, decided without delay, the parties have stipulated as follows:

22       Oral argument is waived for Defendants' Motion and Motion to Dismiss, or in the

23  Alternative for a More Definite Statement. The parties ask that the court decide the motion on

24  the written submissions of counsel and that the hearing of July 6, 2009 be vacated.

25  / / /

26  / / /

1   HALKIDES, MORGAN & KELLEY

2   /s/ John P. Kelley
    John P. Kelley, CA # 168904
3   Attorney for Defendants

4

5   BLACK, CHAPMAN, WEBBER, STEVENS,
    PETERSEN & LUNDBLADE
6

7

8   /s/Thomas N. Petersen
    Thomas N. Petersen, CA # 103037
    Attorney for Plaintiff
9

10        IT IS SO ORDERED.

11  Dated: June 10, 2009

12  [signature]
    WILLIAM B. SHUBB
13  UNITED STATES DISTRICT JUDGE