# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

JOHN DOE, by and through his Guardian Ad Litem, NICOLASA GONZALES,

    Plaintiff,

v.

BUTTE VALLEY UNIFIED SCHOOL DISTRICT, EDWARD TRAVERSO, and GRAYCE KELLY,

    Defendants.

2:09-CV-245 WBS CMK

**ORDER**

Based upon the stipulation of Plaintiff's counsel and County Counsel of Siskiyou County, and good cause therefor appearing, the documents referenced in Plaintiff's subpoenas are ordered produced and the confidentiality of the juveniles identified in those documents protected as the parties may agree. **The Clerk of the Court is directed to terminate the motions on the court's docket at Docs. 35 and 37. The hearing set for August 27, 2009, is hereby taken off-calendar.**

DATED: August 5, 2009

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

-1-