**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE, by and through his Guardian Ad Litem, NICOLASA GONZALES,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE VALLEY UNIFIED SCHOOL DISTRICT, EDWARD TRAVERSO, and GRAYCE KELLY,<br><br>Defendants. | 2:09-CV-245 WBS CMK<br><br>**ORDER REGARDING REQUEST FOR APPEARANCE BY TELEPHONE**<br><br>**Date:** November 23, 2009<br>**Time:** 2:00 P.M.<br>**Location:** Courtroom 5<br>**Judge:** Willaim B. Shubb |

TO: THE PARTIES AND THEIR ATTORNEYS OF RECORD:

On October 14, 2009 plaintiff moved this court for an order requesting for appearance by telephone. The court, having considered counsels reqeust good cause therefore appearing, it is hereby ORDERED:

Thomas N. Petersen may appear by telephone and will be available at the above date and time and may be reached by calling (541) 772-9850.

DATED this 15th day of October, 2009.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE