**John P. Kelley #168904**

LAW OFFICES OF
**HALKIDES, MORGAN & KELLEY**

833 MISTLETOE LANE
POST OFFICE DRAWER 492170
REDDING, CALIFORNIA 96049-2170
(530) 221-8150
FAX (530) 221-7963
John@Reddinglaw.com

Attorney for Defendants
BUTTE VALLEY UNIFIED SCHOOL DISTRICT,
H. WAYNE CAMPBELL, EDWARD TRAVERSO,
and GRAYCE KELLY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, by and through his Guardian Ad Litem, NICOLASA GONZALES<br><br>Plaintiff,<br><br>v.<br><br>BUTTE VALLEY UNIFIED SCHOOL DISTRICT, EDWARD TRAVERSO, H. WAYNE CAMPBELL and GRAYCE KELLY<br><br>Defendants.<br>_____/ | No. 2:09-CV-00245-WBS-DAD<br><br>ORDER ON DEFENDANTS' COUNSEL'S REQUEST TO APPEAR BY TELEPHONE AT MINOR'S COMPORMISE HEARING [PROPOSED]<br><br>DATE: November 23, 2009<br>TIME: 2:00 P.M.<br>LOCATION: Courtroom 5<br>JUDGE: William B. Shubb |

TO: THE PARTIES AND THEIR ATTORNEYS OF RECORD:

On October 19, 2009, Defendants moved this court for an order requesting for appearance by telephone. The Court having considered counsels' request good cause therefore appearing it is hereby ORDERED:

John P. Kelley may appear by telephone and will be available at the above date and time and maybe reached by calling (530) 221-8150.

1

DATED: October 22, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE